# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600179

_____

### UNITED STATES OF AMERICA
Appellee

v.

### OLIVER B. KRAGELUND
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel David M. Jones, USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 31 August 2016

_____

Before PALMER, FULTON, MILLER, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court